**IN RE E.P., M.P.**

[362 N.C. 82 (2007)]

IN THE MATTER OF E.P., M.P., MINOR CHILDREN

No. 298A07

(Filed 7 December 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 183 N.C. App. 301, 645 S.E.2d 772 (2007), affirming an order filed on 6 January 2006 by Judge Wayne L. Michael in District Court, Alexander County. Heard in the Supreme Court 14 November 2007.

*Thomas R. Young for petitioner-appellant Alexander County Department of Social Services, and Melanie Cranford for Guardian ad Litem.*

*Wyrick Robbins Yates & Ponton LLP, by K. Edward Greene and Tobias S. Hampson, for respondent-appellee mother, and Hartsell & Williams, P.A., by Christy E. Wilhelm, for respondent-appellee father.*

PER CURIAM.

AFFIRMED.